UNITED STATES BANKRUPTCY COURT
EASEERN DISTRICT OF WISCONSIN

_____

In the Matter of:                                   Chapter 13
MURIEL E. KLAJDA                          Case No.   17-32134-GMH

        Debtor.

_____

**NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

PLEASE TAKE NOTICE that Scott Lieske, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtor.

**<u>Your rights may be affected.</u>**    You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult one.)

A telephone hearing will be held before the Honorable G. Michael Halfenger, United States Bankruptcy Judge, on **April 3, 2018 at 2:30 p.m.**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-684-8852, access code 7183566 before the scheduled hearing time.**   Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

     Dated at Milwaukee, Wisconsin, on March 12, 2018.


                                        /s/_____
                                        Scott Lieske, Trustee
                                        Robert W. Stack, Staff Attorney
                                        Christopher D. Schimke, Staff Attorney
                                        Sandra M. Baner, Staff Attorney
                                        Chapter 13 Standing Trustee
                                        P.O. Box 510920
                                        Milwaukee, Wisconsin 53203
                                        T:  (414) 271-3943
                                        F:  (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In the Matter of:
MURIEL E. KLAJDA

                      Chapter 13
                      Case No. 17-32134-GMH

        Debtor.

---

### TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN
---

The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

The Trustee is unable to determine if the plan satisfies 11 U.S.C. § 1325(a)(6) and § 1325(b) as the Debtor did not provide documentation to support the income disclosed on Schedule I.

The plan provides for participation in the Court's MMM program to address arrears on both the first and second mortgages, but the Debtor did not file motions to participate in this program.

    Dated at Milwaukee, Wisconsin, on March 12, 2018

                              OFFICE OF CHAPTER 13 TRUSTEE

                              /s/_____
                              Scott Lieske, Chapter 13 Trustee
                              Robert W. Stack, Staff Attorney
                              Christopher D. Schimke, Staff Attorney
                              Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI   53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:     Chapter 13
MURIEL E. KLAJDA     Case No. 17-32134-GMH

        Debtor.

## CERTIFICATE OF SERVICE

    I hereby certify that on March 12, 2018, the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN and NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

        OFFICE OF THE U.S. TRUSTEE
        NICKOLAI & POLETTI, LLC

    I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

        MURIEL E. KLAJDA
        33601 CONTOUR DRIVE
        BURLINGTON, WI 53105

    Dated:   March 12, 2018

                      /s/_____
                      Tongula Washington
                      Administrative Assistant
                      Office of the Chapter 13 Trustee
                      P.O. Box 510920
                      Milwaukee, WI 53203
                      T:  (414) 271-3943
                      F:  (414) 271-9344